UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Gary S. Hunter** )
719 Reservoir St )
Baltimore, MD 21217 )
202-257-4273 )
      Plaintiff,

v.

**Teresa W. Murray**
1717 K. Street NW, Suite 600
Washington, D.C. 20036
      Defendant

CASE NUMBER  1:05CV02016

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10/12/2005

## COMPLAINT

Comes now Plaintiff, Gary S. Hunter, and by way of complaint against the Defendant say as follows: Plaintiff's suffered permanent damage financially, to his professional career and reputation, and emotional distress as a result of the Defendant's failure to appropriately state and file the Plaintiff's complaint in a timely manner, and his inadequate and incompetent misrepresentation in Plaintiff's lawsuit against his employer.

### NATURE OF THE ACTION

1.    This action is brought under common law of the District of Columbia, for legal malpractice and breach of contract.

## JURISDICTION

2. This Court has jurisdiction over this matter.

3. This court has diversity jurisdiction under, since the Plaintiff resides in the State of Maryland, the Defendant Teresa W. Murray conducts business in Washington D.C.

4. This action is properly before the U.S. District Court of the District of Columbia since the matters giving rise to this action took place in the District of Columbia.

## PARTIES

5. The Plaintiff, Gary S. Hunter is an individual who is, and all times relevant herein was, a resident of the District of Columbia and now currently resides in the State of Maryland at 719 Reservoir St, Baltimore, M.D...

6. The Defendant, Teresa W. Murray conducts business from the office located at 1717 K St N.W. Suite 600, Washington, D.C..

## FACTUAL ALLEGATIONS

7. Plaintiff suffered permanent damage financially and to his professional career and reputation as a result of the Defendant's inadequate representation and incompetence which lead to the Plaintiff's case being dismissed.

8. The Defendant failed to properly state and file the Plaintiff's complaint on a timely basis which consequently lead to the Plaintiff's case being dismissed.

9. The Defendant mislead the Plaintiff as to the merits of the case. The plaintiff contends that he was deceived by the defendant into pursuing his complaint with the obvious knowledge by the defendant that the complaint lacked sufficient

elements to prove the complaint true before the court.

10. The Defendant misrepresented her experience, success and level of expertise on similar cases to the Plaintiff.

11. The Defendant engage in inexplicable actions which did not serve to further the Plaintiff's case.

12. Plaintiff repeats the allegations of paragraphs 7 through 11 inclusive, and incorporates the same by reference as though set forth fully herein.

13. Presented with the facts, the Defendant failed to appropriately and throughly state the Plaintiff's complaint in writing to the courts. After the initial complaint was filed, the defendant attempted to amend the complaint to reflect facts that were previously presented and the court denied the amended complaint. This led to this complaint being dismissed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff contends that had the defendant properly stated and filed the complaint, the plaintiff would have prevailed in his suit. Therefore the Plaintiff prays for the following relief:

1. a judgment in favor of the Plaintiff and against the Defendant Teresa W. Murray.

2. a judgment against the Defendant:

   (a) Compensatory Damages are being sought in the amount of $600 thousand dollars to recover money lost and permanent damage done to the plaintiff's professional career and reputation caused by the malpractice and false and

malicious statements made by the defendant(s). And to recover the money value of the emotional and mental distress caused by the defendant's actions.

(b) Punitive Damages are also being sought in the amount of $200 thousand dollars to punish the defendant for the wrongful act committed against the plaintiff.

3. such other relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff demands a trial by jury for all claims and issues triable by jury.

Respectfully submitted,

By: _____
Gary S. Hunter
*Pro Se*
719 Reservoir St
Baltimore, MD 21217
202-257-4273

## Certificate of Service

I certify that on ~~September~~ October 12, 2005, a copy of this complaint was sent via registered mail to:

Teresa W. Murray
1717 K Street, NW, Suite 600
Washington DC 20036