UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY S. HUNTER )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>TERESA W. MURRAY )<br>)<br>Defendant )<br>)<br>) | Case No.: 1:05CV02016 |

**DEFENDANT TERESA MURRAY'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, Teresa W. Murray ("Ms. Murray"), by undersigned counsel, files this Answer to Plaintiff's Complaint in the above captioned matter. Ms. Murray does not consent to a jury trial of the Complaint or the allegations against them.

1) The allegations in Paragraph 1 state legal conclusions, which the Defendant Ms. Murray, is not required to admit or deny.

2) The allegations in Paragraph 2 state legal conclusions, which the Defendant Ms. Murray, is not required to admit or deny.

3) Ms. Murray is without knowledge or information sufficient to form a belief as to the truth of the averment that Plaintiff resides in the State of Maryland. Admit that Ms. Murray conducts business in Washington D.C.

4) The allegations in Paragraph 4 state a legal conclusion, which the Defendant Ms. Murray is not required to admit or deny.

5) Ms. Murray is without knowledge or information sufficient to form a belief as to the truth of this averment, and therefore, they deny the averments of Paragraph 5.

6) Admit.

7) Deny.

8) Deny.

9) Deny.

10) Deny.

11) Deny.

12) Ms. Murray incorporated her Answers to Paragraphs 7-11.

13) Ms. Murray admits that she attempted to amend the complaint, which was denied by the court, but denies the remaining allegations in Paragraph 13.

## PRAYER FOR RELIEF

Defendant, Teresa Murray, denies that Plaintiff is entitled to the relief demanded in the Complaint, or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

1) The Complaint fails to state a claim upon which relief can be granted

2) The Complaint fails to state a claim for punitive damages.

3) Plaintiff's claims are barred by contributory negligence.

4) Plaintiff's claims are barred by assumption of the risk.

5) Plaintiff's claims are barred by the doctrines of *res judicata*, collateral estoppel and judicial estoppel.

6) No act, error or omission of Defendant Murray was not the proximate cause of Plaintiff's alleged damages.

*[signature]*
Shirlie Norris Lake (DC Bar No. 454327)
Eccleston and Wolf, P.C.
7th Floor – Scarlett Place
729 East Pratt Street
Baltimore, Maryland 21202-4460
(410) 752-7474
*Attorneys for Teresa Murray*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of November 2005, a copy of the foregoing Answer was mailed, postage prepaid, to:

>Gary S. Hunter
>719 Reservoir Street
>Baltimore, MD 21217

*[signature]*
Shirlie Norris Lake