# DISTRICT COURT OF MARYLAND FOR ..................................................
City/County

Located at .................................................. Case No. ..................................................
Court Address

STATE OF MARYLAND                              Trial Date..................................................
OR

Teresa W. Murray                                Gary S. Hunter
Name                                            Name
                        VS.
Address                                         Address

Plaintiff/Judgment Creditor  ~~STIPULATION OF SETTLEMENT~~  Defendant/Judgment Debtor
                                    ~~MOTION~~

Defendant to pay Plaintiff $16,500.00 on or before 1/15/06;

The parties will execute a Stipulation of Dismissal with Prejudice to be filed in Case No. 1:05CV02016, U.S. Dist Ct - DC on or before 1/30/06; and The parties will execute a Mutual General Release to be prepared by Plaintiff's counsel on or before 1/15/06

I am the ☐ Attorney for ☐ Plaintiff ☐ Defendant ☐ Other - Specify: ..................
☐ Request Hearing on Motion

                                                Teresa W. Murray    12/7/05
                                                Signature                Date
                12/10/05
Defendant        Address                        Teresa W. Murray
Gary S. Hunter                                  Name - Printed

City    State    Zip                            Telephone No.

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Motion upon the following party or parties by mailing first class mail, postage prepaid, on .................. Date .................. to:

.................. Name ..................                .................. Address ..................

.................. Name ..................                .................. Address ..................

.................. Name ..................                .................. Address ..................

.................. Date ..................                .................. Signature of Party Serving ..................

## ORDER

Approved

It is hereby ORDERED that:
    ☐ the relief requested be granted
    ☐ the hearing on Motion be set for ..................
    ☐ denied

12/7/05
Date                                            Judge

DC 2 (Rev. 5/2002) Print Date (1/2004)

**EXHIBIT 1**