Law Offices
# Eccleston and Wolf
Professional Corporation

7TH FLOOR, SCARLETT PLACE
729 E. PRATT STREET
BALTIMORE, MARYLAND 21202-4460

Suite 310
2001 S Street, N. W.
WASHINGTON, D. C. 20009-1125
(202) 857-1696
FAX (202) 857-0762

SUITE 101
4084 UNIVERSITY DRIVE
FAIRFAX, VIRGINIA 22030
(703) 218 5330

(410) 752-7474
FAX (410) 752-0611
LAKE@EWMD.COM

SHIRLIE NORRIS LAKE

December 13, 2005

COPY

Gary S. Hunter
719 Reservoir Street
Baltimore, MD 21217

Re:  *Murray v. Hunter*
District Court of Maryland for Baltimore City
Case No.: 01010-0025517-2005
*Hunter v. Murray*
United States District Court for the District of Columbia
Case No.: 1:05 cv 02016

Dear Mr. Hunter:

This will confirm the settlement of the above captioned cases reached prior to the beginning of the trial in the fee suit on December 7, 2005.

As you know, at that time, Ms. Murray and you agreed to the following terms:

(1) You will pay Ms. Murray a total of $16,500 on or before January 15, 2006. As we discussed, the check should be made payable to Ms. Murray and forwarded to Bernard Dorsey, Esquire, The Dorsey Law Center, 2 Wisconsin Circle, Suite 700, Chevy Chase, Maryland 20815;

(2) The parties will execute a Stipulation of Dismissal With Prejudice of the malpractice case pending in the United States District Court for the District of Columbia, Case No.1:05 cv 02016, which will be filed with the Court on or before January 30, 2005. I am enclosing the Stipulation of Dismissal for your execution and return to me. Of course, it will not be filed in Court until the settlement is finalized; and

(3) The parties will execute a Mutual Release and Agreement to be prepared by this office on or before January 15, 2006. I am enclosing the Mutual Release and Agreement which I have prepared for execution by you and Ms. Murray, and I would request that you execute two originals of your signature page before a Notary and return them to me. I will have Ms. Murray execute two original signature pages as well, so that each of you will have a fully executed original of the document once the settlement is concluded.



J:\52914\CORRESP\HUNTER1.DOC

Eccleston and Wolf PC

December 13, 2005
Page 2

Finally, once the settlement monies have been paid, Ms. Murray will file a Notice of Dismissal with Prejudice of the fee suit in Baltimore City District Court.

I am pleased we were able to conclude this matter without further litigation. Should you have any questions, do not hesitate to contact me.

Sincerely,

ECCLESTON AND WOLF, P. C.

By: *Shirlie Norris Lake/snc*

Shirlie Norris Lake

SNL/snc
Enclosures

cc: Teresa Murray
    Bernard Dorsey, Esquire

## MUTUAL RELEASE AND AGREEMENT

KNOW ALL MEN BY THESE PRESENTS:

GARY S. HUNTER (hereinafter referred to as "HUNTER"), in consideration of the reduction in fees owed by HUNTER to TERESA W. MURRAY and accrued interest, the dismissal with prejudice of the case of <u>Teresa W. Murray v. Gary S. Hunter</u>, District Court of Maryland for Baltimore City, Case No. 01010-0025577-2005 (hereinafter "the fee case"), and other good and valuable consideration, the receipt of which is hereby acknowledged, does remise, release and forever discharge, and by these presents, does for his predecessors and successors, executors, assigns, agents, servants, employees past and present, remise, release and forever discharge TERESA W. MURRAY, her insurers, agents, servants and employees, past and present and THE LAW OFFICE OF T. W. MURRAY, its predecessors and successors, its partners, associates, members, shareholders, directors, agents, servants and employees, past and present and all of their executors, administrators and assigns (hereafter collectively referred to as "MURRAY"), of and from all and every manner of acts, errors and omissions and actions, cause and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, negligence, agreements, premises, variances, trespasses, damages, judgments, extents, executions, claims and demands, whatsoever in law or in equity, which against MURRAY, HUNTER ever had, now has or may hereafter have, or his, administrators and/or assigns hereafter can, shall or may have, whether known or unknown, from the beginning of the world to the date of this Mutual Release and Agreement, including, but not limited to, any and all claims alleged or which could have been alleged in the fee case, and/or the case of <u>Gary S. Hunter v. Teresa W. Murray</u>, United States District Court for the District of Columbia, Case No. 1:05CV02016 (hereinafter, "the malpractice case") and any claims which

relate, in any way, to the legal representation of **HUNTER** by **MURRAY** in the case of <u>Hunter v. EPA</u>, Case No. 100-2004-00128X U.S. Equal Employment Opportunity Commission (hereinafter collectively, "the fee and malpractice cases and legal representation").

**MURRAY**, in consideration of the payment of Sixteen Thousand Five Hundred Dollars ($16,500.00) on or before January 15, 2006, the dismissal with prejudice of the malpractice case, and other good and valuable consideration, the receipt of which is hereby acknowledged, does remise, release and forever discharge, and by these presents, does for her predecessors and successors, executors, assigns, agents, servants, employees past and present, remise, release and forever discharge **HUNTER**, his agents, servants and employees, past and present, and his executors, administrators and assigns, of and from all and every manner of acts and actions, cause and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, negligence, agreements, premises, variances, trespasses, damages, judgments, extents, executions, claims and demands, whatsoever in law or in equity, which against **HUNTER, MURRAY** ever had, now has or may hereafter have, or her predecessors and successors, administrators and/or assigns hereafter can, shall or may have, whether known or unknown, from the beginning of the world to the date of this Mutual Release and Agreement, including, but not limited to, any and all claims alleged or which could have been alleged in the fee and malpractice cases and any and all claims which relate to the aforesaid legal representation.

**HUNTER** and **MURRAY**, by reason of agreeing to this compromise, deny liability of any sort and have made no agreement or promise to do or omit to do any act or thing not herein set forth, and further state that this Mutual Release and Agreement is made as a compromise to avoid the expense and to terminate all controversy and/or claims for injuries or damages of whatsoever nature, known or unknown, including further development thereof, in any way

growing out of or in connection with the fee and malpractice cases and the aforesaid legal representation.

**HUNTER** and **MURRAY** acknowledge that no representation of fact or opinion has been made to induce this compromise with respect to the extent or nature of any injuries or damages or as to the likelihood of future complications, or recovery therefrom, and that the consideration set forth herein is solely by way of compromise of the disputed claim, and to foreclose all possibility of any future claim based upon acts, errors or omissions which occurred prior to the date of this Release and Agreement, whether known or unknown, and that in determining said consideration, there has been taken into consideration the fact that unexpected consequences may result, known or unknown, and it is therefore, specifically agreed that this Release and Agreement shall be a complete bar to all claims or suits for injuries or damages of whatsoever nature relating to, resulting, or to result, from the fee and malpractice cases and legal representation.

**HUNTER** hereby covenants and agrees not to sue any person, firm, corporation or association for any claims, demands, damages, actions, causes of action or suit at law or in equity, of whatever kind or nature, whether known or unknown, suspected or unsuspected, existing now or to arise in the future, arising out of or relating in any way, to the aforesaid fee and malpractice cases and legal representation.

**HUNTER** agrees that all damages recoverable by him against anyone other than **MURRAY** for the same or similar damages claimed by **HUNTER** in the malpractice case are hereby reduced under the provisions of the Uniform Contribution Among Joint Tortfeasors Act by the amount of the consideration paid for this Release or to the extent of the statutory <u>pro rata</u> share of **MURRAY**, whichever is greater, and it is agreed that, for that purpose only, **MURRAY** is to be considered a joint tortfeasor with any other tortfeasors liable to **HUNTER** for any

damages or injuries alleged against **MURRAY** in the malpractice case to the same extent as if **MURRAY** were adjudicated to be a joint tortfeasor by a final judgment of a court of record after trial on the merits. This paragraph shall not be deemed an admission of liability of any sort, and liability is specifically denied by **MURRAY**.

**HUNTER** covenants and agrees for himself, his successors, administrators and assigns, to indemnify and save **MURRAY** harmless if she is found to be liable to pay anyone as a result of any suit initiated by or through **HUNTER**, or on his behalf, demanding the same or similar damages claimed by **HUNTER** against **MURRAY** in the malpractice case and to pay on behalf of **MURRAY** reasonable attorney's fees, court costs, or other reasonable costs of litigation which she may incur in any case, cross-claim or third party claim filed against her as a consequence of **HUNTER** filing suit against any person or entity not released herein demanding the same or similar damages claimed against **MURRAY** in the malpractice case. **HUNTER**, for himself, his successors, administrators and assigns, covenants and agrees with **MURRAY** to take any and all actions that may be necessary to carry out **HUNTER'S** obligations hereunder, including the waiver or release of any verdict or judgment entered in favor of **HUNTER** and against someone other than **MURRAY** by the amount of any verdict or judgment said person or entity obtains against **MURRAY** for indemnification.

**HUNTER** agrees to maintain the terms and conditions of this Mutual Release and Agreement and the allegations of the malpractice case private and secret. Neither **HUNTER**, nor any of his agents, attorneys, servants or employees, shall disclose any of the terms and conditions of this Mutual Release and Agreement, the allegations of the malpractice case or that there has, in fact, been an agreement of settlement, absent the prior written consent of **MURRAY**. Any such disclosure shall be deemed a material breach of this Agreement, and **MURRAY** shall have available to her all remedies at law or in equity.

HUNTER and MURRAY represent that prior to signing this Mutual Release and Agreement, they read it, understood its terms and conditions had the opportunity to consult with counsel, and voluntarily signed it.

This Mutual Release and Agreement shall be governed by, and interpreted according to, the laws of the State of Maryland.

This Mutual Release and Agreement shall be construed without regard to any presumption or other rule requiring construction against the party causing the agreement to be drafted.

This Mutual Release and Agreement may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same agreement.

**WITNESS:**

_____  _____(SEAL)
                                                                                    Gary S. Hunter

**STATE OF MARYLAND**

**CITY/COUNTY OF** _____ **TO WIT:**

I HEREBY CERTIFY that on this _____ day of _____, 2005, before me, the subscriber, a Notary Public in and for the State and City/County aforesaid, personally appeared **GARY S. HUNTER**, who executed the **MUTUAL RELEASE AND AGREEMENT** and acknowledged that he executed same for the purposes therein contained.

_____
Notary Public

My Commission Expires:_____

**WITNESS:**

_____      _____(SEAL)
                                                                            Teresa W. Murray

**STATE OF** _____

**CITY/COUNTY OF** _____ **TO WIT:**

    **I HEREBY CERTIFY** that on this _____ day of _____, 2005, before me, the subscriber, a Notary Public in and for the State and City/County aforesaid, personally appeared **TERESA W. MURRAY**, who executed the **MUTUAL RELEASE AND AGREEMENT** and acknowledged that she executed same for the purposes therein contained.

_____
Notary Public

My Commission Expires: _____

ATTEST:                                    THE LAW OFFICES OF T. W. MURRAY

_____      By: _____(SEAL)

                                           _____
                                           Printed Name

                                           _____
                                           Title

**STATE OF MARYLAND**

**CITY/COUNTY OF** _____ **To WIT:**

I **HEREBY CERTIFY** that on this _____ day of _____, 2005, before me, the undersigned, a Notary Public of the City/County and State aforesaid, personally appeared, Teresa W. Murray, who acknowledged herself to be the _____ of **THE LAW OFFICES OF T. W. MURRAY**, and that he, as such being authorized so to do, executed the foregoing **RELEASE AND AGREEMENT**, on behalf of **THE LAW OFFICES OF T. W. MURRAY** for the purposes therein contained.

                                           _____
                                           Notary Public

                                           My Commission Expires: _____

**WITNESS**

_____         _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY S. HUNTER

    Plaintiff

v.

TERESA W. MURRAY

    Defendant

Case No. 1:05cv02016

Judge Richard J. Leon

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby stipulate, pursuant to Fed. Rule Civ. Pro. 41(a)(1)(ii), that the above captioned case is **DISMISSED WITH PREJUDICE.**

_____
Gary S. Hunter
719 Reservoir Street
Baltimore, Maryland  21217
*Plaintiff Pro Se*


_____
Shirlie Norris Lake (DC Bar No. 454327)
ECCLESTON AND WOLF, P. C.
729 E. Pratt Street, 7th Floor
Baltimore, MD 21202-4460
(410) 752-7474
*Attorneys for Teresa W. Murray*

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____ day of _____ 2005, a copy of the aforegoing Stipulation With Prejudice was mailed, postage prepaid to:

>Gary S. Hunter
>179 Reservoir Street
>Baltimore, Maryland  21217

_____
Shirlie Norris Lake

- 2 -