UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY S. HUNTER<br><br>    Plaintiff<br><br>v.<br><br>TERESA W. MURRAY<br><br>    Defendant | Civil Case No. 1:05cv02016 (RJL)<br><br>Judge Richard J. Leon |

**ORDER**

    Upon the aforegoing Motion to Modify Case Management Order, it is this \_\_\_\_ day of _____, 2006, by the undersigned, one of the Judges of the United States District Court for the District of Columbia, hereby

    **ORDERED**, that the Case Management Order dated October 14, 2005 is suspended for sixty (60) days until _____; and it is further

    **ORDERED**, that Plaintiff and counsel for Defendants shall file a Status Report with the Court on or before _____.

<br>

                                                                                       RICHARD J. LEON, District Judge

cc: Shirlie Norris Lake (DC Bar No. 454327)
    ECCLESTON AND WOLF, P. C.
    729 E. Pratt Street, 7th Floor
    Baltimore, MD 21202-4460

    Gary S. Hunter
    179 Reservoir Street
    Baltimore, Maryland  21217