UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY S. HUNTER<br><br>　　　Plaintiff<br><br>v.<br><br>TERESA W. MURRAY<br><br>　　　Defendant | Civil Case No. 1:05cv02016 (RJL)<br><br>Judge Richard J. Leon |

### STATUS REPORT

Teresa W. Murray, Defendant, by Shirlie N. Lake and Eccleston and Wolf, her attorneys files this Status Report in the above captioned case.

As set forth in Defendant's Motion to Modify Case Management Order, a settlement of the above captioned malpractice case and the earlier fee suit brought by Defendant Murray in the District Court of Maryland for Baltimore City was reached on December 7, 2005 prior to the start of the trial in the fee suit. As part of the settlement, which was put on the record and memorialized in a Stipulation of Settlement, signed by Mr. Hunter, he agreed to execute a Stipulation of Dismissal with Prejudice of the above captioned case and a Mutual General Release A copy of the Stipulation of Settlement is attached hereto as Exhibit 1. However, Mr. Hunter failed to execute the Mutual Release and Agreement and Stipulation of Dismissal with Prejudice of the above captioned case as agreed.

Accordingly, it was necessary for Defendant to file a Motion to Enforce Settlement in the District Court of Maryland for Baltimore City. That Motion was granted by Order dated March 8, 2006, and the Court ordered Mr. Hunter to sign the Mutual General Release and Stipulation of Dismissal with Prejudice of the above captioned case. A copy of the aforesaid Order is attached

1

hereto as Exhibit 2. A copy of the aforesaid Order of March 8, 2006 was sent to Mr. Hunter by Court. See Exhibit 2.

Subsequently, by letter dated March 20, 2006, N. Bernard Dorsey, Jr., Esquire, co-counsel with the undersigned for Ms. Murray in the District Court fee suit, sent Mr. Hunter, via regular mail, e-mail and express mail, additional copies of the Mutual General Release and Stipulation of Dismissal, advising him that if the documents were not signed and returned to Mr. Dorsey, a Motion for Contempt would be filed. A copy of the aforesaid letter of March 20, 2006 is attached hereto as Exhibit 3.[1]

Mr. Hunter failed to execute and return the documents enclosed in Mr. Dorsey's letter of March 20, 2006, including the Stipulation of Dismissal with Prejudice of the above captioned case, and undersigned counsel is in the process of preparing a Petition for Contempt to be filed with the District Court.

Inasmuch as Mr. Hunter previously agreed on the record and in writing to execute a Stipulation of Dismissal with Prejudice of the above captioned case, and inasmuch as the District Court of Maryland for Baltimore City subsequently ordered him to execute that Stipulation, which he has failed to do in direct violation of a Court Order, it is respectfully requested that this Honorable Court enter an Order dismissing the above captioned case with prejudice.

*[signature]*
Shirlie Norris Lake (DC Bar No. 454327)
ECCLESTON AND WOLF, P. C.
729 E. Pratt Street, 7th Floor
Baltimore, MD 21202-4460
(410) 752-7474
*Attorneys for Defendant*

---

[1] The express mail copy of Mr. Dorsey's letter was returned to him; and Mr. Hunter failed to respond to the e-mail or regular mail.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April 2006, a copy of the aforegoing Status Report was mailed to:

> Gary S. Hunter
> 719 Reservoir Street
> Baltimore, MD 21217

_____
Shirlie Norris Lake

3