**DISTRICT COURT OF MARYLAND FOR** .................................................
City/County

Located at .................................................  Case No. .................................................
Court Address

STATE OF MARYLAND     Trial Date.................................................
OR

Name: Teresa W. Murray     Name: Gary S. Hunter
Address: _____     vs.    Address: _____

Plaintiff/Judgment Creditor    ~~MOTION~~ STIPULATION OF SETTLEMENT    Defendant/Judgment Debtor

Defendant to pay Plaintiff $16,500.00 on or before 1/15/06;

The parties will execute a Stipulation of Dismissal with Prejudice to be filed in Case No. 1:05CV02016, U.S. Dist Ct - DC on or before 1/30/06; and

The parties will execute a Mutual General Release to be prepared by Plaintiff's counsel on or before 1/15/06

I am the ☐ Attorney for ☐ Plaintiff ☐ Defendant ☐ Other - Specify: _____
☐ Request Hearing on Motion

_____ 12/01/05                Signature: Teresa W. Murray  12/7/05
Defendant / Address                             Name - Printed: Teresa W. Murray
Gary S. Hunter
City / State / Zip                              Telephone No.

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this Motion upon the following party or parties by mailing first class mail, postage prepaid, on ............ Date ............ to:

..................Name..................     ..................Address..................
..................Name..................     ..................Address..................
..................Name..................     ..................Address..................

..................Date..................      Signature of Party Serving

**ORDER**

Approved

It is hereby ORDERED that:
  ☐ the relief requested be granted
  ☐ the hearing on Motion be set for .................................................
  ☐ denied

12/7/05                                        _____
Date                                            Judge

DC 2 (Rev. 5/2002) Print Date (1/2004)

**EXHIBIT 1**
ALL-STATE® INTERNATIONAL

| | | |
|---|---|---|
| TERESA W. MURRAY | * | IN THE |
| Plaintiff | * | DISTRICT COURT OF |
| | * | MARYLAND FOR |
| v. | * | BALTIMORE CITY |
| GARY S. HUNTER | * | CASE NO.: 01010-0025517-2005 |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff, Teresa W. Murray's Motion to Enforce Settlement, it is this 8th day of March, 2006, by the District Court of Maryland for Baltimore City,

**ORDERED** that Plaintiff Teresa M. Murray's Motion to Enforce Settlement is **GRANTED**;

**ORDERED** that Defendant Gary S. Hunter shall sign the Mutual General Release and the Stipulation of Dismissal which are attached hereto.

_____
Judge, District Court for Baltimore City

JAMES L. MANN, JR.

Copies to:

Shirlie Norris Lake
ECCLESTON AND WOLF, P. C.
729 E. Pratt Street, 7th Floor
Baltimore, MD 21202-4460

N. Bernard Dorsey, Jr.
The Dorsey Law Center, PC
2 Wisconsin Circle, Ste. 700
Chevy Chase, MD 20815

Gary S. Hunter
719 Reservoir Street
Baltimore, MD 21217

TRUE COPY TEST

LONNIE P. FERGUSON, Administrative Clerk
DISTRICT COURT OF MARYLAND, DISTRICT

EXHIBIT 2
ALL-STATE® INTERNATIONAL

1

J:\52914\MOTION\ORDER3.DOC

# The Dorsey Law Center, PC

Chevy Chase Metro Building
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20815

tel: 202.291.0501
fax: 202.291.4660
dorseyesq@hotmail.com

March 20, 2006

**VIA EMAIL
AND OVERNIGHT MAIL**
Gary S. Hunter
719 Reservoir Street
Baltimore, MD 21217

Re: Murray v. Hunter
District Court of Maryland for Baltimore City
Case No.: 01010-0025517-2005
Hunter v. Murray
United States District Court for the District of Columbia
Case No.: 1:05 cv 02016

Dear Mr. Hunter:

On March 8, 2006, the District Court of Maryland for Baltimore City granted Teresa W. Murray's Motion to Enforce Settlement in Case No.: 01010-0025517-2005. A copy of the Order, which was mailed to you by the Court, is also enclosed herein. The Order requires you to sign the Mutual General Release and the Stipulation of Dismissal as initially presented to you and attached to the Order. I enclose same for your immediate signature.

In the event that I do not receive the signed Mutual General Release and Stipulation of Dismissal in the form provided by close of business on Thursday, March 23, 2006, I will file a Motion for Contempt with the District Court of Maryland and seek additional attorneys fees incurred by my client. In short, any failure on your part to comply with the Court's Order will be addressed aggressively and quickly.

EXHIBIT
3
ALL-STATE® INTERNATIONAL

Gary S. Hunter
March 20, 2006
Page Two of Two

Should you have any questions concerning this matter, do not hesitate to contact me or Ms. Shirlie N. Lake, Esq. Ms. Lake can be reached at (410) 752-7474. Thank you for your immediate attention to this matter.

Sincerely,

THE DORSEY LAW CENTER, PC

N. Bernard Dorsey, Jr.

Enclosure
cc: Teresa Murray, Esq. (via email w/out enclosures)
    Shirlie N. Lake, Esq. (via email w/out enclosures)