UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY S. HUNTER<br><br>    Plaintiff<br><br>v.<br><br>TERESA W. MURRAY<br><br>    Defendant | Civil Case No. 1:05cv02016 (RJL)<br><br>Judge Richard J. Leon |

**ORDER**

Upon the aforegoing Motion to Modify Case Management Order, it is this ____ day of

_____, 2006, by the undersigned, one of the Judges of the United States

District Court for the District of Columbia, hereby

**ORDERED**, that the Case Management Order dated October 14, 2005 is suspended for

sixty (60) days until _____; and it is further

**ORDERED**, that Plaintiff and counsel for Defendants shall file a Status Report with the

Court on or before_____.


_____
RICHARD J. LEON, District Judge


cc: Shirlie Norris Lake (DC Bar No. 454327)
    ECCLESTON AND WOLF, P. C.
    729 E. Pratt Street, 7th Floor
    Baltimore, MD 21202-4460

Gary S. Hunter
179 Reservoir Street
Baltimore, Maryland 21217