**DISTRICT COURT OF MARYLAND FOR** ........................................
City/County

Located at ........................................       Case No. ........................................
Court Address

STATE OF MARYLAND
OR

Name _Teresa W. Murray_                         Name _Gary S. Hunter_

Address ........................................   vs.   Address ........................................

........................................
Plaintiff/Judgment Creditor          Defendant/Judgment Debtor

*STIPULATION OF SETTLEMENT*

**MOTION**

_Defendant to pay Plaintiff $16,500.00 on or before_
_1/15/06;_
_The parties will execute a Stipulation of Dismissal_
_with Prejudice to be filed in Case No. 1:05CV02016,_
_U.S. Dist Ct – DC on or before 1/30/06; and_
_The parties will execute a Mutual General Release_
_to be prepared by Plaintiff's counsel on or before 1/15/06_

I am the ☐ Attorney for ☐ Plaintiff ☐ Defendant ☐ Other - Specify: ........................................

☐ Request Hearing on Motion

........................................   _12/30/05_        _Teresa W. Murray_   _12/7/05_
Address                                              Signature - Plaintiff                Date

_Defendant_                                           _Teresa W. Murray_
_Gary S. Hunter_                                      Name - Printed

City          State          Zip                     Telephone No.

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this Motion upon the following party or parties by mailing first class mail, postage
prepaid, on ........................................ to:
Date

........................................                    ........................................
Name                                                 Address

........................................                    ........................................
Name                                                 Address

........................................                    ........................................
Name                                                 Address

........................................                    ........................................
Date                                                 Signature of Party Serving

**ORDER**

It is hereby ORDERED that:            _Approved_
   ☐ the relief requested be granted
   ☐ the hearing on Motion be set for ........................................
   ☐ denied

........................................          ........................................
Date   _12/7/05_                                 Judge

DC 2 (Rev. 5/2002) Print Date (1/2004)

EXHIBIT

1

ALL-STATE® INTERNATIONAL

TERESA W. MURRAY                    *     IN THE

    Plaintiff                      *     DISTRICT COURT OF

                                *     MARYLAND FOR

v.                                 *     BALTIMORE CITY

GARY S. HUNTER                     *     CASE NO.: 01010-0025517-2005

    Defendant                      *

  *    *    *    *    *    *    *    *    *    *    *

## ORDER

Upon consideration of Plaintiff, Teresa W. Murray's Motion to Enforce Settlement, it is

this _8th_ day of _March_, 2006, by the District Court of Maryland for Baltimore City,

**ORDERED** that Plaintiff Teresa M. Murray's Motion to Enforce Settlement is

**GRANTED**;

**ORDERED** that Defendant Gary S. Hunter shall sign the Mutual General Release and

the Stipulation of Dismissal which are attached hereto.

_James L. Mann, Jr._

Judge, District Court for Baltimore City

**JAMES L. MANN, JR.**

Copies to:

Shirlie Norris Lake
ECCLESTON AND WOLF, P. C.
729 E. Pratt Street, 7th Floor
Baltimore, MD 21202-4460

N. Bernard Dorsey, Jr.
The Dorsey Law Center, PC
2 Wisconsin Circle, Ste. 700
Chevy Chase, MD 20815

Gary S. Hunter
719 Reservoir Street
Baltimore, MD 21217

**TRUE COPY TEST**

_Lonnie P. Ferguson_

**LONNIE P. FERGUSON, Administrative Clerk**
**DISTRICT COURT OF MARYLAND, DISTRICT**

2006 FEB 23 P 2:41

DISTRICT COURT OF MD

**EXHIBIT**

_2_

ALL-STATE® INTERNATIONAL

1

FROM : THE DORSEY LAW CENTER    FAX NO. : 202-291-4660    Apr. 11 2006 10:01AM P3/15



# The Dorsey Law Center, PC

Chevy Chase Metro Building
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20815

tel: 202.291.0501
fax: 202.291.4660
dorseyesq@hotmail.com

March 20, 2006

**VIA EMAIL**
**AND OVERNIGHT MAIL**
Gary S. Hunter
719 Reservoir Street
Baltimore, MD 21217

     Re:    <u>Murray v. Hunter</u>
              District Court of Maryland for Baltimore City
              Case No.: 01010-0025517-2005
              <u>Hunter v. Murray</u>
              United States District Court for the District of Columbia
              Case No.: 1:05 cv 02016

Dear Mr. Hunter:

On March 8, 2006, the District Court of Maryland for Baltimore City granted Teresa W. Murray's Motion to Enforce Settlement in Case No.: 01010-0025517-2005. A copy of the Order, which was mailed to you by the Court, is also enclosed herein. The Order requires you to sign the Mutual General Release and the Stipulation of Dismissal as initially presented to you and attached to the Order. I enclose same for your immediate signature.

In the event that I do not receive the signed Mutual General Release and Stipulation of Dismissal in the form provided by close of business on Thursday, March 23, 2006, I will file a Motion for Contempt with the District Court of Maryland and seek additional attorneys fees incurred by my client. In short, any failure on your part to comply with the Court's Order will be addressed aggressively and quickly.

EXHIBIT
3
ALL-STATE® INTERNATIONAL

Gary S. Hunter
March 20. 2006
Page Two of Two


Should you have any questions concerning this matter, do not hesitate to contact me or Ms. Shirlie N. Lake, Esq. Ms. Lake can be reached at (410) 752-7474. Thank you for your immediate attention to this matter.

Sincerely,

THE DORSEY LAW CENTER, PC


N. Bernard Dorsey, Jr.

Enclosure
cc:     Teresa Murray, Esq. (via email w/out enclosures)
        Shirlie N. Lake, Esq. (via email w/out enclosures)