UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY S. HUNTER<br><br>　　Plaintiff<br><br>v.<br><br>TERESA W. MURRAY<br><br>　　Defendant | Civil Case No. 1:05cv02016 (RJL)<br><br>Judge Richard J. Leon |

### ORDER

Upon consideration of Defendant's Status Report and the Order dated March 8, 2006 by the District Court of Maryland for Baltimore City, it is, by the undersigned, one of the Judges of the United States District Court for the District of Columbia, hereby

**ORDERED**, that the above captioned case is DISMISSED WITH PREJUDICE.

_____
RICHARD J. LEON, District Judge

cc: Shirlie Norris Lake (DC Bar No. 454327)
　　ECCLESTON AND WOLF, P. C.
　　729 E. Pratt Street, 7th Floor
　　Baltimore, MD 21202-4460

　　Gary S. Hunter
　　179 Reservoir Street
　　Baltimore, Maryland  21217

J:\52914\MOTION\ORDER2.DOC