UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY S. HUNTER<br><br>    Plaintiff<br><br>v.<br><br>TERESA W. MURRAY<br><br>    Defendant | Case No. 1:05cv02016<br><br>Judge Richard J. Leon |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby stipulate, pursuant to Fed. Rule Civ. Pro. 41(a)(1)(ii), that the above captioned case is **DISMISSED WITH PREJUDICE.**

_____
Gary S. Hunter
719 Reservoir Street
Baltimore, Maryland 21217
*Plaintiff Pro Se*


_____
Shirlie Norris Lake (DC Bar No. 454327)
ECCLESTON AND WOLF, P. C.
729 E. Pratt Street, 7th Floor
Baltimore, MD 21202-4460
(410) 752-7474
*Attorneys for Teresa W. Murray*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___13th___ day of ___April___ 2005, a copy of the aforegoing Stipulation With Prejudice was mailed, postage prepaid to:

>Gary S. Hunter
>179 Reservoir Street
>Baltimore, Maryland 21217

_____
Shirlie Norris Lake

- 2 -